UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LEO DONTA YOUNGBLOOD, ) | |
|                      ) | |
|       Plaintiff, ) | |
| v.                   ) | No. 1:10-cv-658-WTL-TAB |
|                      ) | |
| OFFICER CHAD BOYNTON, et al., ) | |
|                      ) | |
|       Defendants. ) | |

### E N T R Y

1.   The plaintiff's motion for appointment of investigative services (dkt 19) is **denied.** The reason for this ruling is that public funds are not available for this purpose in a civil action such as this.

2.   The plaintiff's motion for rules, etc. (dkt 20) is **granted in part and denied in part.** The clerk shall include a copy of the court's Local Rules with the plaintiff's copy of this Entry. The plaintiff's request for additional materials is **denied.** The court also **denies** the plaintiff's request that the facility where he is confined be ordered to adjust its law library to suit the plaintiff's demands for pursuit of the present case. The Supreme Court has held that a state has no affirmative duty to "enable the prisoner to discover grievances, and to litigate effectively once in court." *Lewis v. Casey,* 518 U.S. 343, 354 (1996).

**IT IS SO ORDERED.**

Date: 07/12/2010

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Leo Donta Youngblood
#921819
Blackford County Sheriff's Office
0064 N. 500 E.
Hartford City, IN 47348

Evan Buck Broderick
attorneyevanbroderick@gmail.com

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.